UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-02806-RGK-PVC | Date | May 10, 2021 |

| | |
|---|---|
| Title | Margarita Lopez v. Greenfield Care Center of South Gate, LLC et al |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Sharon L. Williams | N/A |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:** **(In Chambers) Order to Show Cause**

    Upon review of the Notice of Removal in this case, it appears that the Court lacks subject matter jurisdiction over Plaintiff's claims. Defendant is therefore ORDERED to show cause in writing, if any it has, as to why this case should not be remanded to the state court from which it was removed. Failure to adequately show cause in writing by May 17, 2021 will result in an order of remand. Defendant's response to this Order shall not exceed ten pages.

    **IT IS SO ORDERED.**